215 So.2d 127

### Ted C. ODOM

v.

### The AMERICAN INSURANCE COMPANY.
No. 49496.

Nov. 12, 1968.

In re: Ted C. Odom applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Allen. 213 So.2d 359.

Writ refused. There is no error of law in the Court of Appeal judgment.

215 So.2d 127

### Gloria Scharfenstein FRANCESE

v.

### Jean M. Ralph STOCK, wife of/and Gilbert G. Stock.

No. 49561.

Nov. 13, 1968.

In re: Gloria Scharfenstein Francese applying for writs of certiorari and mandamus.

Writs refused. The ruling complained of is correct.

SANDERS and BARHAM, JJ., are of the opinion that a writ should be granted.